# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 12 JUN -5 AM 2:09

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12CR1507-L |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| DANIEL IVAN RODRIGUEZ (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**XX** an indictment has been filed in another case (12CR2116-L) against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**XX** of the offense(s) as charged in the Information:

21:952 AND 960 - IMPORTATION OF COCAINE

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 29, 2012

M. James Lorenz
U.S. District Judge